W.S. VOGEL AGENCY, INC., ETC. v. INSURNATIONAL, INCORPORATED, ETC., ET AL.

February 6, 1987.

Petition for certification denied.

ALBERT M. GREENFIELD AND COMPANY OF NEW JERSEY, ETC. v. SSG ENTERPRISES, ETC., ET AL.

February 6, 1987.

Petition for certification denied.   (See 213 *N.J.Super.* 1)

JOHN P. RENNA, ET AL. v. IVY HILL PARK SECTIONS I–V, INC.

February 6, 1987.

Petition for certification denied.